# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN LEBLANC | CIVIL ACTION |
| VERSUS | NO: 18-9043 |
| TIMOTHY HOOPER, WARDEN | SECTION: "S" (5) |

## ORDER AND REASONS

Petitioner, who has previously been granted pauper status, has filed a Request for Record of 2254 Petition (Rec. Doc. 21), in order to comply with the <u>Epps</u> letter directed to him from the Fifth Circuit court of Appeals. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk's office provide the requested documents (specifically, petitioner's § 2254 petition and related exhibits) to petitioner, within **five (5) days** of entry of this order.

New Orleans, Louisiana, this 15th day of August, 2019.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE